JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONG THANH LY,<br>Petitioner,<br>v.<br>D. MARIN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-2485-SSS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that Respondents are ordered to release Petitioner (A 43066811) from detention immediately, subject to the previous conditions of supervision.

DATED: July 14, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE